IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-211-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SY ARTHUR PERRI, | ) | |
| | ) | |
| Defendant. | ) | |

Sy Arthur Perri is a prisoner serving a sentence in the Bureau of Prisons ("BOP") and filed a motion asking this court to direct the BOP to provide rehabilitation treatment [D.E. 54]. The BOP is responsible for providing rehabilitation treatment in a manner consistent with the U.S. Constitution and governing regulations. See generally 28 C.F.R. pt. 550. To the extent Perri is unhappy with how the BOP has exercised its discretion, Perri must exhaust administrative remedies. The motion [D.E. 54] is DENIED.

SO ORDERED. This _11_ day of July 2017.

JAMES C. DEVER III
Chief United States District Judge